IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

REUBEN LEE DURHAM, JR.                                            PLAINTIFF

        v.                Civil No. 06-5152

DEPUTY UNDIANO; NURSE
SUE McDONALD; and
DR. NEIL MULLINS                                           DEFENDANTS

## **O R D E R**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **February 23, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 30th day of November 2006.

                                                           /s/ Beverly Stites Jones
                                                           UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)